# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James Springman and Kristie Springman | CHAPTER 13
   Debtor(s)

BKY. NO. 13-21083 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: bac)

            Respectfully submitted,

            **/s/Thomas Puleo, Esquire**
            Thomas Puleo, Esquire
            Brian C. Nicholas, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306  FAX (215) 825-6406