UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
In Re:                                              :
    James Springman and              :       Chapter 13
    Kristie Springman                      :       Bankruptcy No. 13-21083-ref
_____:

                        *****************
                        Hearing to be Held:
                        Date: March 23, 2017
                        Time: 9:30am
                        Place: Courtroom No. 1
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
                              The Madison Building
                              400 Washington Street, 3rd Floor
                              Reading, PA 19601
                        *****************

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

      James Springman and Kristie Springman, Debtors, by and through undersigned counsel, have filed a Motion to Modify the Chapter 13 Plan (Post-Confirmation).

      **YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

      1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 14, 2017 you or your attorney must do ALL of the following:

      (a).    file an answer explaining your position at:

          **United States Bankruptcy Court**
          **Eastern District of Pennsylvania**
          **400 Washington Street, Suite 300**
          **Reading, PA 19601**

      (b).    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and mail a copy to movant:

          Joseph Quinn, Esquire
          Law Office of Stephen Ross, P.C.
          152 E. High Street, Suite 100
          Pottstown, PA 19464

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge on March 23, 2017 at 9:30 A.M., in:

> **Courtroom No. 1**
> **United States Bankruptcy Court**
> **Eastern District of Pennsylvania**
> **The Madison Building**
> **400 Washington Street, 3rd Floor**
> **Reading, PA 19601**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the bankruptcy clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph Quinn*
 Joseph Quinn, Esquire
 Attorney I.D. 307467
 152 E. High Street, Suite 100
 Pottstown, PA 19464
 Ph: (610) 323-5300
 F:  (610) 323-6081

Dated: February 22, 2017