**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
In Re:                                                              :
    James Springman and                    :          Chapter 13
    Kristie Springman                             :          Bankruptcy No.  13-21083-ref
_____:

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and the proposed Modified Chapter 13 Plan filed on February 22, 2017, has been served upon the following by the means stated:

*via Electronic Filing (ECF):*

Lisa Marie Ciotti, Esquire on behalf of Trustee Frederick L. Reigle
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Keri P. Ebeck, Esquire on behalf of LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer
kebeck@weltman.com, agilbert@weltman.com

Thomas I. Puleo, Esquire on behalf of Creditor Bank of America, N.A.
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Frederick L. Reigle, Chapter 13 Trustee
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*via U.S. First Class Mail, Postage PrePaid:*

All other creditors listed on mailing matrix not notified by way of ECF.

                                          **LAW OFFICE OF STEPHEN J. ROSS, P.C.**

                                By:      */s/ Joseph Quinn*_____
                                       Joseph Quinn, Esquire
                                       Attorney I.D. No. 307467
                                       152 E. High Street, Suite 100
                                       Pottstown, PA 19464
                                       T: 610.323.5300
                                       F: 610.323.6081
                                       JQuinn@SJR-LAW.com
Date:  February 22, 2017                   Counsel for Debtors