**IN THE U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  James Springman  and | : | Chapter 13 |
| Kristie Springman | : | |
| | : | |
| Debtors | : | 13-21083-ref |
| | : | |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for James and Kristie Springman, Debtors in the above-captioned matter.

2. That a proposed Modified Chapter 13 Plan and a Motion to Modify the Chapter 13 Plan (Post-Confirmation) were filed with this Court on February 22, 2017.

3. That a copy of the Motion and the proposed Modified Chapter 13 Plan, along with a Notice of Motion were served upon parties in interest on February 22, 2017.

4. A certificate of service was filed with Court on February 22, 2017 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before March 14, 2017.

6. As of March 21, 2017, no response to said Motion has been received.

LAW OFFICE OF STEPHEN J. ROSS, PC

BY:   */s/ Joseph Quinn*_____
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
JQuinn@sjr-law.com

Date:  March 21, 2017