# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    James Springman and | : | Chapter 13 |
|    Kristie Springman | : | Bankruptcy No.  13-21083-ref |
| | : | |

## **ORDER**

AND NOW, upon consideration of the Debtors' Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, it is hereby ORDERED that the Debtors' Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan docketed on February 22, 2017 is hereby APPROVED.

BY THE COURT:

**Date: March 28, 2017**

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE