IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  James & Kristie Springman,        :        Chapter 13
                                          :
         Debtors                          :        Bankruptcy No.: 13-21083-ref
_____:

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for James & Kristie Springman, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on March 8, 2017 along with the Notice of Application and Certificate of Service were timely served on parties in interest on March 8, 2017.

3. A response deadline to the application was due on or before March 29, 2017.

4. As of May 31, 2017, no response to said Application has been received.

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn*
    Joseph L. Quinn, Esquire
    Attorney for Debtors
    Attorney I.D. No. 307467
    Law Office of Stephen Ross, P.C.
    152 E. High Street, Suite 100
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: May 31, 2017