IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  James & Kristie Springman, | : | Chapter 13 |
| | : | |
| Debtors | : | Bankruptcy No.: 13-21083-ref |
| _____: | | |

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$828.00**, provided, however, that there shall be no reduction in the payments to be made to unsecured creditors.

BY THE COURT:

**Date: June 2, 2017**

_____
RICHARD E. FEHLING
U.S. BANKRUPTCY JUDGE