United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-21083-ref
James Springman                                                           Chapter 13
Kristie Springman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela          Page 1 of 1          Date Rcvd: Jun 02, 2017
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db/jdb        +James Springman,    Kristie Springman,    33 Alans Lane,    Boyertown, PA 19512-9610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Joint Debtor Kristie  Springman CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor James  Springman CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor   LSF9 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer kebeck@weltman.com,  jbluemle@weltman.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 9

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  James & Kristie Springman,　　　：　　Chapter 13

　　　　　　　　　　　　　　　　　　　　：

　　　　　　　　　Debtors　　　：　　Bankruptcy No.: 13-21083-ref

_____：

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.　　　The Application is **GRANTED**.

2.　　　Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of <u>**$828.00**</u>, provided, however, that there shall be no reduction in the payments to be made to unsecured creditors.

**BY THE COURT**:

**Date: June 2, 2017**

_____
RICHARD E. FEHLING
U.S. BANKRUPTCY JUDGE