United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
James Springman
Kristie Springman
    Debtors

Case No. 13-21083-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Angela      Page 1 of 1      Date Rcvd: Jun 09, 2017
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2017.
13591838     +DLJ Mortgage Capital, Inc.,   Serviced by Select Portfolio Servicing,,   3815 South West Temple, Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSEPH L QUINN   on behalf of Joint Debtor Kristie Springman CourtNotices@sjr-law.com
      JOSEPH L QUINN   on behalf of Debtor James Springman CourtNotices@sjr-law.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KERI P EBECK   on behalf of Creditor   LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer kebeck@weltman.com, jbluemle@weltman.com
      LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   DLJ Mortgage Capital, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                 TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-21083-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

James Springman
33 Alans Lane
Boyertown PA 19512

Kristie Springman
33 Alans Lane
Boyertown PA 19512

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/08/2017.

Name and Address of Alleged Transferor(s):

Claim No. 18: DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3815 South West Temple, Salt Lake City, UT 84115

Name and Address of Transferee:

Athene Annuity and Life Company, an Iowa Corp
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/11/17

Tim McGrath
**CLERK OF THE COURT**