Certificate Number: 14912-AZ-DE-032695691

Bankruptcy Case Number: 13-21083



14912-AZ-DE-032695691

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2019, at 3:44 o'clock PM EDT, James Springman completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date:  April 19, 2019           By:    /s/Jai Bhatt

                                Name:  Jai Bhatt

                                Title: Counselor