Certificate Number: 14912-PAE-DE-032702189

Bankruptcy Case Number: 13-21083



14912-PAE-DE-032702189

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 19, 2019</u>, at <u>3:44</u> o'clock <u>PM EDT</u>, <u>James Springman</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 22, 2019</u>          By:  <u>/s/Jai Bhatt</u>

                                    Name:  <u>Jai Bhatt</u>

                                    Title:  <u>Counselor</u>