Certificate Number: 14912-PAE-DE-032702190

Bankruptcy Case Number: 13-21083



14912-PAE-DE-032702190

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 19, 2019,</u> at <u>3:44</u> o'clock <u>PM EDT,</u> <u>Kristie Springman</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 22, 2019</u>           By:    <u>/s/Jai Bhatt</u>

                                      Name:  <u>Jai Bhatt</u>

                                      Title:  <u>Counselor</u>