United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-21083-amc
James Springman                                                 Chapter 13
Kristie Springman
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Linda              Page 1 of 2              Date Rcvd: Sep 16, 2019
                              Form ID: 138NEW          Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2019.

```
db/jdb         +James Springman,   Kristie Springman,   33 Alans Lane,   Boyertown, PA 19512-9610
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
NONE            Athene Annuity and Life Company, an Iowa corporati,   c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC  29603-0826
13255860       +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13932067        Athene Annuity and Life Company, an Iowa Corp,   c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC  29603-0826
13216848      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
13216847       +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
                 Simi Valley, CA 93062-5170
13325879       +Bank of America, N.A.,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13246711       +Bank of America, N.A.,   c/o Joshua I. Goldman, Esq.,   KML Law Group, PC,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13847672       +Bank of America, NA,   c/o Thomas Puleo, Esq.,   KML Law Group, PC,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13216851      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Childrens Place/Citicorp Credit Services,
                 Attn: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195)
13322034        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13591838       +DLJ Mortgage Capital, Inc.,   Serviced by Select Portfolio Servicing,,   3815 South West Temple,
                 Salt Lake City, UT 84115-4412
13216855       +Diamond Credit Union,   1600 Medical Dr,   Pottstown, PA 19464-3242
13216856       +Diamond Federal Cr Un,   1600 Medical Drive,   Pottstown, PA 19464-3281
13216857       +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
13424134       +LSF9 Master Participation Trust,   Caliber Home Loans, Inc.,   13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13223112       #+Law Office of Stephen Ross, P.C.,   152 E. High Street, Suite 100,   Pottstown, PA 19464-5480
13216863       +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2019 03:30:08
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2019 03:30:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13216849       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 03:41:33     Cap1/boscv,
                 26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13216850       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 03:41:33     Capital 1 Bank,
                 Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
13325695        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 03:41:33
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13216853       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 17 2019 03:40:14     Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
13216854       +E-mail/Text: electronicbkydocs@nelnet.net Sep 17 2019 03:30:16     Dept Of Education/neln,
                 121 S 13th St,   Lincoln, NE 68508-1904
13216858       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 03:40:05     GECRB/ Old Navy,
                 Attention: GEMB,   Po Box 103104,   Roswell, GA 30076-9104
13216859       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 03:41:31     Gecrb/gap,   Po Box 965005,
                 Orlando, FL 32896-5005
13216860       +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 03:40:05     Gemb/walmart,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
13216861       +E-mail/Text: bncnotices@becket-lee.com Sep 17 2019 03:29:56     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13332117        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 03:39:01
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13248623        E-mail/PDF: cbp@onemainfinancial.com Sep 17 2019 03:40:09     OneMain Financial, Inc.,
                 P.O. Box 6042,   Sioux Falls, SD 57117-6042
13216862       +E-mail/PDF: cbp@onemainfinancial.com Sep 17 2019 03:41:29     Onemain Fi,   Po Box 499,
                 Hanover, MD 21076-0499
13271089        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 03:38:55
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13270950       +E-mail/Text: csidl@sbcglobal.net Sep 17 2019 03:30:23     Premier Bankcard/Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
```

Certificate of Notice    Page 2 of 3

```
District/off: 0313-4           User: Linda              Page 2 of 2              Date Rcvd: Sep 16, 2019
                               Form ID: 138NEW          Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13282978          E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2019 03:30:04
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13264975         +E-mail/Text: electronicbkydocs@nelnet.net Sep 17 2019 03:30:16      US Department of Education,
                  c/o Nelnet,   3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                               TOTAL: 18

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13216852*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank Sd, Na,   Attn: Centralized Bankruptcy,    Po Box 20363,
                  Kansas City, MO 64195)
cr              ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
                  Salt Lake City, UT 84115-4412
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor James   Springman CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Joint Debtor Kristie  Springman CourtNotices@rqplaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              NATHALIE PAUL    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans,
               Inc., solely in its capacity as servicer npaul@weltman.com,   PitEcf@weltman.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James Springman and Kristie Springman

        Debtor(s)          Bankruptcy No: 13−21083−amc

                       Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☐   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      400 Washington Street
                            Suite 300
                         Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                      For The Court
                                                      Timothy B. McGrath
                                                       Clerk of Court

Dated: 9/16/19

                                                                                              78 − 77
                                                                                            Form 138_new